IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARAN STEWART, | No. CIV S-06-2097-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| BOARD OF PRISON TERMS, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 27, 2006, the court directed respondent to file a response to petitioner's petition. A copy of the order was served on petitioner but was returned as undeliverable. In light of the court's findings and recommendations issued herewith, respondent shall be relieved of the obligation to file a response to the petition pending further order of the court.

IT IS SO ORDERED.

DATED: October 11, 2006.

                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE